United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERTUGRUL CINAR,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>        Defendants. | Case No. 25-cv-04309-JST<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**<br><br>Re: ECF Nos. 13, 15 |

Defendant filed a motion to dismiss on August 29, 2025. ECF No. 13. The deadline to file an opposition passed and no opposition nor statement of non-opposition was filed. *See* Civil L.R. 7-3(a),(b). On October 31, 2025, the Court ordered Plaintiff to show cause as to why no timely response to the motion was filed. ECF No. 15. The Court warned that "[i]f Plaintiff does not file a timely response to this order to show cause, the Court may dismiss this case for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure." *Id*. Plaintiff did not respond to the order to show cause. The Court now dismisses the action with prejudice under Rule 41(b).

**IT IS SO ORDERED.**

Dated: November 13, 2025



JON S. TIGAR
United States District Judge